IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA R., as parent and natural guardian of FELICIA R. and FELICIA R. in her own right | CIVIL ACTION |
| Plaintiffs | No  06-4083 |
| v. | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, and PAUL VALLAS, in his capacity as Executive Director of the School District of Philadelphia | |
| Defendants. | |

**NOTICE OF DISMISSAL**

TO THE CLERK OF THE COURT
AND TO JUDGE ANITA BRODY

      Having entered into a Settlement Agreement with the Defendants, Plaintiffs, by and through their undersigned counsel, hereby Notice to the Clerk of the Court that they dismiss their claims in the above-captioned matter as against all defendants and ask the Clerk to mark the case closed.  Because Defendants have served neither an answer nor a motion for summary judgment in this matter, Plaintiffs present this Notice of Dismissal pursuant to Rule 41(a)(1) of the Fed. R. Civ. Pro.

      Public Interest Law Center of Philadelphia


BY:_____
BARBARA E.  RANSOM, ID #64166
125 S.  9th Street, Suite 700
Philadelphia, PA   19107
215-627-7100

Date:  February 13, 2007        Counsel for Plaintiffs